PROBATION FORM NO. 35                 Report and Order Terminating Probation/
(DSC 8/17)                                            Supervised Release
                                                                 Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Tolulope Rahman Salam | ) | Crim. No. 2:18CR00941-2 |

On August 20, 2020, the above-named individual was sentenced to a three (3) year term of supervised release. The term of supervision commenced on January 26, 2022. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol 8E, §360.20(a)(2).

Respectfully submitted,

*Stephanie S. McKnight*

Stephanie S. McKnight
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  3rd  day of April , 2023.

*Bruce H. Hendricks*

Bruce Howe Hendricks
United States District Judge